955 A.2d 353

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Elijah BURKE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 21, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner's present counsel is directed to file a Petition for Allowance of Appeal within 30 days of the

entry of this order. The Motion for Appointment of Counsel is **DENIED.**